# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCAULIFFE, STEVEN J | U.S. DISTRICT COURT - N.H. | 05/3/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| WARREN B. RUDMAN COURTHOUSE <br> 55 PLEASANT STREET, ROOM 416 <br> CONCORD, N.H. 03301 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Fellow | New Hampshire Bar Foundation |
| 2. Director | Challenger Center for Space Science Education |
| 3. Trustee | Trust #1 (Agency Account Transferred to Trust) |
| 4. Shareholder (50 percent) | Pleasant Lake Air, Inc., LLC |
| 5. Partner | Pinchers' Investment Group (Neighborhood Investment Club) |
| 6. Treasurer | Local EAA Chapter - Capitol Flyers |
| 7. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY -8 A 10: 28 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Concord, N.H. School District (Teaching) |
| 2. 2005 | Child & Family Services (Teaching) |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Note Rec. R. Jobin | | None | K | T | | | | | |
| 2. NOW Acct Bow Mills Bank | A | Interest | J | T | | | | | |
| 3. IRA Inv Co Amer Mut Fund | A | Dividend | K | T | | | | | |
| 4. IRA Wash Mut Inv Fund | A | Dividend | J | T | | | | | |
| 5. IBM Cap Corp | A | Dividend | | | Sold | 2/10 | J | D | Mkt |
| 6. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 7. Bow Mills Bank Stock (D) | | None | M | T | | | | | |
| 8. UBS Retirement Money Fund | A | Interest | J | T | | | | | |
| 9. Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 10. IRA Franklin Templeton For. Fund | A | Dividend | K | T | | | | | |
| 11. IRA PA PACE Large Comp. Value Fund | A | Dividend | K | T | | | | | |
| 12. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 13. Pfizer Inc. Com | A | Dividend | | | Sold | 11/7 | J | C | Mkt |
| 14. Pinchers' Investment Group Ptnshp Share | A | Dividend | J | T | | | | | |
| 15. -Harley Davidson Inc. | A | Dividend | | | Sold | 4/16 | J | A | Mkt |
| 16. -Home Depot Inc. | A | Dividend | J | T | | | | | |
| 17. -GE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -INTC | A | Dividend | | | Sold | 9/5 | J | A | Mkt |
| 19. -AIG | A | Dividend | | | Sold | 4/19 | J | A | Mkt |
| 20. -BCR | A | Dividend | J | T | | | | | |
| 21. -CMX | | None | J | T | | | | | |
| 22. -MDT | A | Dividend | J | T | | | | | |
| 23. -MSFT | A | Dividend | J | T | | | | | |
| 24. -PFE | A | Dividend | J | T | | | | | |
| 25. -Dentsply Int. Inc. | A | Dividend | J | T | | | | | |
| 26. -EBAY | | None | J | T | | | | | |
| 27. -Petrolio Brasileo | A | Dividend | J | T | Sold | 4/19 | J | A | Mkt |
| 28. -BAC | A | Dividend | J | T | | | | | |
| 29. -Air Products & Chem. | A | Dividend | J | T | Buy | 9/5 | J | | Mkt |
| 30. -Oceaneering Intnl Inc. | A | Dividend | J | T | Buy | 9/15 | J | | Mkt |
| 31. -Whiting Petroleum Corp. | A | Dividend | J | T | Buy | 5/15 | J | | Mkt |
| 32. -XM Sat. Radio Hold Inc. | | None | J | T | Buy | 5/15 | J | | Mkt |
| 33. Caterpillar Inc. | A | Dividend | | | Sold | 12/22 | J | D | Mkt |
| 34. Patterson Companies, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Everest RE Grp. Ltd. | A | Dividend | | | Sold | 8/2 | J | A | Mkt |
| 36. Burlington Res. Inc. | A | Dividend | | | Sold | 12/22 | J | E | Mkt |
| 37. Affil. Computer Svcs. Inc. | A | Dividend | | | Sold | 4/13 | J | A | Mkt |
| 38. First Data Corp. | A | Dividend | | | Sold | 4/20 | J | A | Mkt |
| 39. N.Y. Comm. Bankcorp, Inc. | A | Dividend | J | T | Partial Sale | 10/4 | J | A | Mkt |
| 40. Dow Chemical Co. | A | Dividend | J | T | | | | | |
| 41. Bank of America Corp. | A | Dividend | J | T | Partial Sale | 4/13 | J | A | Mkt |
| 42. Lowes Cos, Inc. | A | Dividend | J | T | Partial Sale | 4/13 | J | A | Mkt |
| 43. Cisco Systems, Inc. | A | Dividend | | | Sold | 12/19 | J | A | Mkt |
| 44. Calgon Carbon Corp. | A | Dividend | | | Sold | 1/18 | J | C | Mkt |
| 45. CVS Corp. | A | Dividend | J | T | | | | | |
| 46. Amcor Ltd. ADR | A | Dividend | | | Sold | 12/19 | J | A | Mkt |
| 47. Anheuser Busch Cos., Inc. | A | Dividend | | | Sold | 12/19 | J | A | Mkt |
| 48. BASF AG Spon. ADR | A | Dividend | | | Sold | 12/19 | J | A | Mkt |
| 49. Deere & Co. | | | | | Buy | 8/29 | J | | Mkt |
| 50. Deere & Co. | A | Dividend | | | Sold | 11/15 | J | A | Mkt |
| 51. Magna Intl. Inc. | A | Dividend | | | Sold | 2/7 | J | A | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Motorola, Inc. | A | Dividend | J | T | | | | | |
| 53. Pall Corp. | A | Dividend | J | T | | | | | |
| 54. Petroleo Brasileiro | A | Dividend | J | T | | | | | |
| 55. Praxair, Inc. | A | Dividend | J | T | | | | | |
| 56. Staples | A | Dividend | K | T | Buy | 12/22 | J | | Mkt |
| 57. LM Ericsson Telefon Co. | A | Dividend | J | T | | | | | |
| 58. ING Groep N V NL | A | Dividend | J | T | | | | | |
| 59. Novo Nordisk ADR | A | Dividend | J | T | | | | | |
| 60. Siriu  Sat. Radio, Inc. | | None | J | T | | | s | | |
| 61. Freescale Semicond., Inc. | A | Dividend | J | T | | | | | |
| 62. IRA I Shares Russell Fund | A | Dividend | J | T | | | | | |
| 63. IRA Midcap SPDR TR | A | Dividend | J | T | | | | | |
| 64. Fed. Prime MM Fund | A | Dividend | J | T | | | | | |
| 65. BMB NOW Acct. (2) | A | Interest | J | T | | | | | |
| 66. Cohen & Steers Reit & Util., Inc. | A | Dividend | | | Buy | 2/8 | J | | Mkt |
| 67. Cohen & Steers Reit & Util., Inc. | | | | | Sold | 4/13 | J | A | Mkt |
| 68. Cohen & Steers Reit & Util., Inc. | A | Dividend | | | Buy | 7/21 | J | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cohen & Steers Reit & Util., Inc. | | | | | Sold | 9/27 | J | A | Mkt |
| 70. Kyphon, Inc. | A | Dividend | | | Buy | 2/9 | J | | Mkt |
| 71. Kyphon, Inc. | | | | | Sold | 7/13 | J | B | Mkt |
| 72. Hillenbrand Inds., Inc. | A | Dividend | | | Buy | 2/17 | J | | Mkt |
| 73. Toyota Motor Corp. | A | Dividend | | | Buy | 2/17 | J | | Mkt |
| 74. Ishares FTSE/XINHUA China 25 Index FD | A | Dividend | J | T | Buy | 4/5 | J | | Mkt |
| 75. General Motors Conv. PFD Ser. A | A | Dividend | | | Buy | 4/20 | J | | Mkt |
| 76. EBAY, Inc. | | None | | | Buy | 7/14 | J | | Mkt |
| 77. XTO Energy | A | Dividend | J | T | Buy | 8/16 | J | | Mkt |
| 78. EBAY, Inc. | | None | | | Sold | 11/17 | J | B | Mkt |
| 79. Hillenbrand Inds., Inc. | | | | | Sold | 8/29 | J | A | Mkt |
| 80. Fording Canadian Coal Tr. | A | Dividend | | | Buy | 8/31 | J | | Mkt |
| 81. Fording Canadian Coal Tr. | | | | | Sold | 11/8 | J | A | Mkt |
| 82. Cemex S A | A | Dividend | J | T | Buy | 10/3 | J | | Mkt |
| 83. General Motors Conv. PFD Ser. A | | | | | Sold | 11/1 | J | A | Mkt |
| 84. Tele Norte Leste Particip SA | A | Dividend | J | T | Buy | 10/6 | J | | Mkt |
| 85. Aegon NV Ord ARS Piepstg | A | Dividend | J | T | Buy | 11/1 | J | | Mkt |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Verizon Communication Inc. | A | Dividend | J | T | Buy | 11/1 | J | | Mkt |
| 87. Tyco Intnl Ltd | A | Dividend | J | T | Buy | 11/8 | J | | Mkt |
| 88. Suncor Energy, Inc. | A | Dividend | J | T | Buy | 11/15 | J | | Mkt |
| 89. Peabody Energy Corp. | A | Dividend | J | T | Buy | 11/15 | J | | Mkt |
| 90. James River Coal Inc. | A | Dividend | J | T | Buy | 11/23 | J | | Mkt |
| 91. American Eagle Outfitters Inc. | A | Dividend | J | T | Buy | 12/9 | J | | Mkt |
| 92. UST Inc. | A | Dividend | J | T | Buy | 12/15 | J | | Mkt |
| 93. New York Comm. Bancorp Inc. | A | Dividend | J | T | Buy | 12/15 | J | | Mkt |
| 94. Wellpoint, Inc. | A | Dividend | | | Buy | 2/12 | J | | Mkt |
| 95. Wellpoint, Inc. | | | | | Sold | 12/29 | J | D | Mkt |
| 96. Ishares Trust S&P Tele | A | Dividend | J | T | Buy | 12/22 | J | | Mkt |
| 97. Internet Holders Trust | A | Dividend | J | T | Buy | 12/22 | J | | Mkt |
| 98. Aus & NZ Bkg Grp | A | Dividend | J | T | Buy | 12/22 | J | | Mkt |
| 99. Bow Mills Bank Stock [C] | | None | K | T | | | | | |
| 100. Bank of Am. Corp. [C] | A | Dividend | J | T | | | | | |
| 101. Burlington Resources, Inc. [C] | A | Dividend | K | T | | | | | |
| 102. Dow Chemical Co. [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. First Data Corp. [C] | A | Dividend | | | Sold | 4/20 | K | A | Mkt |
| 104. Intel Corp. [C] | A | Dividend | | | Sold | 2/10 | J | A | Mkt |
| 105. Lowes Cos., Inc. [C] | A | Dividend | J | T | | | | | |
| 106. N.Y. Comm. Bancorp, Inc. [C] | A | Dividend | J | T | | | | | |
| 107. Patterson Companies, Inc. [C] | A | Dividend | | | Sold | 8/31 | K | D | Mkt |
| 108. Pfizer, Inc. [C] | A | Dividend | | | Sold | 11/22 | J | A | Mkt |
| 109. Tupperware Corp. [C] | A | Dividend | | | Sold | 9/14 | J | A | Mkt |
| 110. Everest RE Grp. Ltd. [C] | A | Dividend | | | Sold | 8/1 | J | A | Mkt |
| 111. BP PLC ADR [C] | A | Dividend | K | T | | | | | |
| 112. Fed. Prime Obig. MM Fund [C] | A | Dividend | J | T | | | | | |
| 113. Thornburg Mrtg Reit [C] | A | Dividend | | | Buy | 1/26 | J | | Mkt |
| 114. Thornburg Mrtg Reit [C] | | | | | Sold | 8/1 | J | A | Mkt |
| 115. Allied Capital Corp [C] | A | Dividend | J | T | Buy | 1/26 | J | | Mkt |
| 116. Magna Intnl A [C] | A | Dividend | | | Buy | 1/26 | J | | Mkt |
| 117. Magna Intnl A [C] | | | | | Sold | 3/23 | J | A | Mkt |
| 118. Cedant Corp. [C] | A | Dividend | | | Buy | 1/26 | J | | Mkt |
| 119. Cedant Corp. [C] | | | | | Sold | 4/20 | J | A | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Affiliated Computer Svc Inc. [C] | A | Dividend | | | Buy | 1/27 | J | | Mkt |
| 121. Affiliated Computer Svc Inc. [C] | | | | | Sold | 6/30 | J | A | Mkt |
| 122. Dupont DeNemours & Co. [C] | A | Dividend | | | Buy | 1/27 | J | | Mkt |
| 123. Dupont DeNemours & Co. [C] | | | | | Sold | 8/29 | J | A | Mkt |
| 124. Cohen & Steers Reit & Util. Inc. [C] | A | Dividend | | | Buy | 1/31 | J | | Mkt |
| 125. Cohen & Steers Reit & Util. Inc. [C] | | | | | Sold | 10/26 | J | A | Mkt |
| 126. Pfizer, Inc. [C] | A | Dividend | | | Buy | 2/3 | J | | Mkt |
| 127. Pfizer, Inc. [C] | | | | | Sold | 11/22 | J | A | Mkt |
| 128. Kyphon, Inc. [C] | A | Dividend | | | Buy | 2/9 | J | | Mkt |
| 129. Kyphon, Inc. [C] | | | | | Sold | 7/13 | J | A | Mkt |
| 130. Albertson's Inc. [C] | A | Dividend | | | Buy | 2/17 | J | | Mkt |
| 131. Albertson's Inc. [C] | | | | | Sold | 9/15 | J | A | Mkt |
| 132. Hillenbrand Inds, Inc. [C] | A | Dividend | | | Buy | 2/17 | J | | Mkt |
| 133. Hillenbrand Inds, Inc. [C] | | | | | Sold | 8/29 | J | A | Mkt |
| 134. Wellpoint, Inc. [C] | A | Dividend | J | T | Buy | 2/17 | J | | Mkt |
| 135. Kinder Morgan Energy Ptnrs. LP [C] | A | Dividend | J | T | Buy | 2/17 | J | | Mkt |
| 136. Telecom New Zealand [C] | A | Dividend | J | T | Buy | 3/9 | J | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Neuberger Berman RE [C] | A | Dividend | | | Buy | 3/14 | J | | Mkt |
| 138. Neuberger Berman RE [C] | | | | | Sold | 10/26 | J | A | Mkt |
| 139. Ishares FTSE/XINHUA China Index [C] | A | Dividend | J | T | Buy | 3/28 | J | | Mkt |
| 140. Telefonos De Mexico [C] | A | Dividend | J | T | Buy | 3/28 | J | | Mkt |
| 141. Lowes Cos, Inc. [C] | A | Dividend | J | T | Buy | 3/28 | J | | Mkt |
| 142. Amgen, Inc. [C] | A | Dividend | J | T | Buy | 3/28 | J | | Mkt |
| 143. SLM Corp OPI Linked [C] | A | Dividend | J | T | Buy | 3/28 | J | | Mkt |
| 144. Toyota Motor Corp. [C] | A | Dividend | J | T | Buy | 3/29 | J | | Mkt |
| 145. CVS Corp. [C] | A | Dividend | J | T | Buy | 4/5 | J | | Mkt |
| 146. United Health Group [C] | A | Dividend | J | T | Buy | 4/20 | J | | Mkt |
| 147. General Motors Conv PFD [C] | A | Dividend | | | Buy | 4/20 | J | | Mkt |
| 148. General Motors Conv PFD [C] | | | | | Sold | 11/1 | J | A | Mkt |
| 149. EBAY Inc. [C] | | None | | | Buy | 7/14 | K | | Mkt |
| 150. EBAY Inc. [C] | | | | | Sold | 11/17 | K | C | Mkt |
| 151. XTO Energy Inc. [C] | A | Dividend | J | T | Buy | 8/29 | J | | Mkt |
| 152. Avon Products Inc. [C] | A | Dividend | | | Buy | 8/29 | J | | Mkt |
| 153. Avon Products Inc. [C] | | | | | Sold | 10/5 | J | A | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Deere Co. [C] | A | Dividend | | | Buy | 8/29 | J | | Mkt |
| 155. Deere Co. [C] | | | | | Sold | 10/26 | J | A | Mkt |
| 156. Fording Canadian Coal Tr [C] | A | Dividend | | | Buy | 8/31 | J | | Mkt |
| 157. Fording Canadian Coal Tr [C] | | | | | Sold | 11/8 | J | A | Mkt |
| 158. Cenex S.A. [C] | A | Dividend | J | T | Buy | 9/14 | J | | Mkt |
| 159. Peabody Energy Corp. [C] | A | Dividend | J | T | Buy | 9/14 | J | | Mkt |
| 160. WalMart Stores Inc. [C] | A | Dividend | J | T | Buy | 9/21 | J | | Mkt |
| 161. American Eagle Outfitters Inc. [C] | A | Dividend | J | T | Buy | 10/4 | J | | Mkt |
| 162. New York Comm. Bancorp Inc. [C] | | | | | Partial Sale | 10/4 | J | A | Mkt |
| 163. Tele Norte Leste Particip [C] | A | Dividend | J | T | Buy | 10/6 | J | | Mkt |
| 164. Suncor Energy [C] | A | Dividend | J | T | Buy | 10/26 | J | | Mkt |
| 165. Aegon NV Ord [C] | A | Dividend | J | T | Buy | 11/1 | J | | Mkt |
| 166. Verizon Comm. Inc. [C] | A | Dividend | J | T | Buy | 11/1 | J | | Mkt |
| 167. Tyco Intnl Inc. [C] | A | Dividend | J | T | Buy | 11/8 | J | | Mkt |
| 168. Suncor Energy Inc. [C] | A | Dividend | J | T | Buy | 11/15 | J | | Mkt |
| 169. SCM Corp. Van [C] | A | Dividend | J | T | Buy | 11/15 | J | | Mkt |
| 170. James River Coal Inc. [C] | A | Dividend | J | T | Buy | 11/23 | J | | Mkt |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Citigroup Inc. [C] | A | Dividend | J | T | Buy | 12/2 | J | | Mkt |
| 172. UST Inc. [C] | A | Dividend | J | T | Buy | 12/15 | J | | Mkt |
| 173. New York Comm Bancorp Inc. [C] | A | Dividend | J | T | Buy | 12/15 | J | | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I. POSITIONS.
    Pleasant Lake Air, Inc., LLC, is a corporation formed to own a Cessna 182 Skylane single engine private airplane. I own a one-half interest in the corporation (and thus the airplane).

PART VI. LIABILITIES.
    I own a summer cottage with a former law partner, Edward E. Shumaker, III, as tenants in common, which property is mortgaged in part. That liability is not disclosed since it is secured by real property which is a personal residence.

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J | 05/3/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu▮                                     Date *May 3, 2006*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544